# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## '12 − CV − 02034

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2012 AUG −3  AM 8: 51

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Alfonso A. Carrillo, Agustín Télles,
Raymundo Castillo & Margarita García
Sergio Hernández, Gonzalo Pérez,
German Jasso Bruno & Laura Patricia
Gutiérrez Vite, Jose Orozco,
Sergio Sarmiento & Maria Sarmiento
Verónica Fernández Beleta &
José Leyva Caraveo
María Elena Carrillo, Ana L. Chávez,
Daniel Ortiz, José Sarmiento, Juan Pablo
Reyes, Sergio Ibarra & María Susana
Ibarra  Teresa Monge, Rudy Breda
Jorge Ramírez, Martha Esquivel,
Rubén Padilla, Luis Figueroa,
Manuel Pacheco, Elva Mendoza,
Javier Mendoza, José A. Ureña Santos,
Jesus Sandoval ,Mariam Burciaga,
William Cristo Santos, Janet Varela,
Juan Vásquez, Selvin Cardoza,
Jessica Iturbe Jaime, María de los
Ángeles Araiza, María de Jesús Araiza,
Ema Ortiz, Luis Carlos Espinoza López,
Julio Arreguin, Avaro Núñez,
Alejandro Araiza, José Castillo,
María L. Solís, Nohelia Jiménez,
Elizabeth Padilla, Ma. del Rosario Ureña,
Nora G. González, Hugo A. Pacheco,

Civil Action No.

**COMPLAINT FOR SUMMARY OR
ALTERNATE DECLARATORY
JUDGMENT OR RELIEF**

Sonia Lopez, Adriana Padilla,

Nancy Ramirez,Osbaldo Vélez

Jorge Rubalcava Galindo,

Beatriz Manríquez, Alejandro Garcia

Claudia Orozco Molina, José M.

Velásquez, Juan De Dios Muñoz Gonzalez

Plaintiffs,


V.


The Honorable Governor

John W. Hickenlooper  in his official

capacity as Colorado Governor, H.

Colorado General Attorney John W.

Sutters in his official capacity as elected

Colorado Attorney General,  Ms. Elizabeth

Oldham in her official capacity as 14th

Judicial District Attorney,

Mr. Mitchell R. Morrissey in his official

capacity as Second Judicial District

Attorney , Don Quick 17th Judicial District

Attorney in his official capacity as elected

District Attorney, Ms. Carol Chambers, 18th

Judicial District Attorney in her official

capacity as elected District Attorney,

Rodney Johnson, Grand County Sheriff in

his official capacity as elected Sheriff,

H. Sheriff Ted Mink in his official capacity

as elected Jefferson County Sheriff,

H. Sheriff Frank Thomas and the Denver

Sheriff Department in their official capacity,
H. Sheriff Douglas N. Darr in his official
capacity as elected Adams County Sheriff
Department,  Tom Deland in his official
capacity as Broomfield Chief of Police,

Defendants,

## COMPLAINT FOR SUMARY OR ALTERNATE DECLARATORY JUDGMENT AND OR RELIEF

NOW comes Plaintiffs in severalty and together appearing without an attorney (*pro se*) and as an emerging group of Plaintiffs under this case (The H.E.A.T. group) as Holders of Evidence of Apocryphal Transactions, residing and claiming legal and equitable interest at several properties across Colorado, and under oath bring this Verified Civil Rights Complaint and request for Summary or alternate Declaratory judgment as follows:

## 1.0 NATURE OF ACTION

**1. 1**   This is a Civil Rights complaint for summary or alternate declaratory judgment, injunctive and other appropriate relief brought by Plaintiffs  that arises for the following two major violations:

A)   **Civil Rights** violations and **depravation of Constitutional rights** against Plaintiffs being committed and planned to be committed by Defendants. Such violations are leading to a systematic, numerous and disproportionate infringements to Freedom of Speech, Right to Due process of Law, unlawful prosecution abuses and discrimination acts against minorities, mainly Hispanics among others, in violation of 42 USC 1983 and 42USC Chapter 45 Subchapter I §3603, 3604, 3605, 3606 and mainly 3617  and;

B)   **Defendants** have allowed put into place an unconstitutional statute and permitted a continued operation of a multi-million dollar Continuous Criminal Enterprises, a fraudulent scheme, perpetrated mainly by Major US Banks, Lenders with the help of its foreclosing attorneys and several District Attorney offices, Sheriff and Police Departments that violates Plaintiff's of his individual and associational rights under the First, Fourth, Fifth, Sixth, Ninth and Fourteenth Amendments to the United States Constitution and in violation of 42 U.S.C. 1983, 1985 and 1986; 29 U.S.C. 794 (Rehabilitation Act of 1973), 42 U.S.C. 3601, 3603, 3604 and 3617 et seq.

## CERTIFICATION (D.C. COLO. L. Civ. R. 7.1A)

**1.2**    Several good faith attempts have been made to reach out and confer with the opposing parties, some have rejected or ignored Plaintiffs' genuine requests, other limited their acknowledgment by just providing a fax or e-mail information to send the written request which has been sent. There's has been none and there's no official opposition from any of the named defendants to this action.

## 2.0   JURISDICTION AND VENUE

**2.1**   Jurisdiction of this court arises under 28 U.S.C. secs 1331, 1337, 1343(a), and 1367(a); 42 U.S.C. secs. 1982, 1983, 1985, 1986, 1988; 3603, 3604 and 3617; and 18 U.S.C. 1961-1968., Therefore venue on this H. Court is proper.

**2.2**   Venue is appropriate as to each Defendant, The H. Governor, Colorado Attorney General, District Attorneys, Law Enforcement entities and individuals, in that each of the Defendants can be found in, reside in, and/or transact **interstate** business from this judicial district. Additionally, protected rights by the US Bill of Rights, The US Constitution have been repeatedly violated by the defendants in this judicial District. Therefore, within the Jurisdiction of this H. Court.

**2.3**   The "anti-injunction" statute, 28 U.S.C. § 2283, *is not* a bar to a federal injunction under these circumstance –as in this case-. That statute was adopted in 1793 § 6, 1 Stat. 335 and reflected the early view of the proper role of the federal courts within American federalism. Jurisdiction-enlargement statutes passed during the Reconstruction was the Act of April 20, 1871. 17 Stat. 13. Now codified as 42 U.S.C. § 1983 provides: "Every person who, under the color of any statute, ordinance, regulation, custom or usage, of any State or Territory, subjects, or causes to be subjected any citizen of the United States or other person within jurisdiction thereof *to the deprivation of any rights, privileges, or immunities secured by the Constitution* and laws, shall be liable to the party injured in action at law, *suit in equity*, or other proceeding for redress." Therefore this action is within jurisdiction of this H. Court.

**2.4** A state law enforcement officer is someone acting under "color of law" even though he may be misusing his authority. Monroe v. Pape, 365 U.S. 167. And prosecution under a patently unconstitutional statute is a "depravation of....rights, privileges, or immunities secured by the Constitution," "Suit[s] in equity" obviously includes injunctions. US. Supreme Court Younger v. Harris, 401 U.S. 37 (1971) Page 401 U.S. 63

## 3.0 PARTIES

### 3.1.0 PLAINTIFFS, ALL PERSONS THAT VOLUNTARILY SIGNED THIS COMPLAINT AND COLLECTIVELY KNOWN AS THE H.E.A.T. GROUP

**3.1.1**    The following Plaintiffs, including but not limited to: The following Plaintiffs, including but not limited to: Alfonso A. Carrillo of Adams County, Agustin Telles of Denver County, Raymundo Castillo & Margarita of Garcia Adams County, Sergio Hernandez of Douglas County, Gonzalo Perez of Douglas County , German Jasso Bruno & Laura Patricia Gutierrez Vite,of Grand County, Jose Orozco Of Adams County, Sergio Sarmiento & Maria Sarmiento Of Adams County, Veronica Fernandez Beleta, Jose Leyva Caraveo,Of Arapahoe County, Maria Elena Carrillo Of Adams County, Ana L. Chavez of Adams County, Juan Pablo Reyes of Denver County, Daniel Ortiz of Douglas County, Selene Robles of Addams County, Rudy Breda of Denver County, Jose Sarmiento of Adams County, Sergio Ibarra& Susana Ibarra of Denver County, Teresa Monge of Denver County, Jorge Ramirez of Denver County, Martha Esquibel of Jefferson Cou of Jefferson County,nty, Ruben Padilla of Jefferson County, Luis Figueroa of Jefferson County, Manuel Pacheco of Jefferson County, Elva Mendoza of Jefferson County, Javier Mendoza of Denver County, Jose A. Antonio  Ureña Santos of Jefferson County, Jesus Sandoval F. of Jefferson County, Jessica Iturbe Jaime of Denver County, Selvin Cardoza of Jefferson County, William Cristo Santos of Jefferson County,Janet Varela of Grand County, Juan Vasquez of Denver County ,Mariam Burciaga of Jefferson County, Maria de los Angeles Araiza of Jefferson County, Maria de Jesus Araiza of Denver County, Ema Ortiz of Jefferson County, Luis Carlos Espinoza Lopez of Jefferson County, Julio Arreguin of Grand County, Alvaro Nuñez of Adams County, Alejandro Araiza of Jefferson County, Jose Castillo of Adams County, Maria L. Solis of Denver County, Nohelia Jimenez  of Jefferson County, Elizabeth Padilla of Jefferson County, Ma del Rosario Ureña of Jefferson County, Nora G. Gonzalez  of Jefferson County, Hugo A. Pacheco of Jefferson County, Sonia Lopez of Adams County, Adriana Padilla of Jefferson County, Nancy Ramirez  of Jefferson County, Osbaldo Velez  of Jefferson County, Jorge Galindo of Jefferson County, Beatriz Manriquez  of Jefferson County,  Alejandro Garcia of Adams County, Claudia Orozco

Molina of Jefferson County, Jose M, Velasquez of Denver County and Juan de Dios Muñoz Gonzalez of Adams County Colorado, together as Holders of Evidence of Apocryphal Transactions group (a.k.a. the H.E.A.T. group).

**3.1.2** Plaintiff Carrillo, appointed as Trustee and agent for dozens of homeowners and victims have been given authority to retain attorneys and interplead their cause through this action as a group by the group.

### 3.2.0 DEFENDANTS/RESPONDENTS
### Honorable Colorado Governor John W. Hickenlooper

**3.2.1** The Honorable Colorado Governor John W. Hickenlooper in his official capacity as elected Colorado Governor, has his office listed as 136 State Capitol Denver, CO. 80203-1792 and Citizens' Advocate Office 127 State Capitol, Denver, CO. 80203 and can be served directly and through the Colorado Attorney general as listed below:

### Honorable Colorado Attorney General

**3.2.2** The Honorable Colorado Attorney General John W. Suthers in his official capacity as elected Colorado Attorney General with address at 1525 Sherman St. Denver, CO. 80203 and the following Defendants;

**3.2.3** Ms. Elizabeth Oldham, 14th Judicial District Attorney in her official capacity with office located at 307 Moffat Ave. P.O. Box 168 . Hot Sulphur Springs, CO.80451 and,

**3.2.4** Ms. Carol Chambers, 18th Judicial District Attorney in her official capacity with offices in 6450 S. Revere Parkway Suite 300, Centennial, CO. 80111 and,

**3.2.5** Mr. Mitchell R. Morrissey in his individual capacity as Second Judicial District Attorney with offices located in 201 W. Colfax Ave. Denver, CO. 80202 and,

**3.2.6** Don Quick 17th Judicial District Attorney in his official capacity as elected District Attorney, with offices located at 1000 Judicial Center Dr. Brighton, CO. 80601 and,

**3.2.7** Sheriff Ted Mink in his official capacity as elected Jefferson County Sheriff with offices located at 200 Jefferson County Parkway, Golden, CO. 80401 and,

**3.2.8** Frank Thomas and the Denver Sheriff Department in their official capacity, with offices located at 201 W. Colfax Ave Denver, CO. 80202 and,

**3.2.9** Rodney Johnson, Grand County Sheriff in his official capacity as elected Sheriff with office located at 670 Spring St. P.O. Box 48  Hot Sulphur Springs, CO. 80451 and,

**3.2.10** H. Sheriff Douglas N. Darr in his official capacity as elected Adams County Sheriff with offices located in 332 N. 19th. Ave. Brighton, CO. 80601and,

**3.2.11** Winter Park – Fraser Chief of Police Glen P. Trainor in his official capacity as Chief of Police with offices located on 79050 Main Street, Winter Park, CO. 80482 and,

**3.2.12** City and County of Broomfield Chief of Police Tom Deland in his official capacity with offices located on 7 Descombes Drive, Broomfield, CO. 80020 DEFENDANTS.

## 4.0 INTRODUCTION

**4.1**     This is an action for summary or alternate declaratory judgment and relief to settle important questions concerning the constitutionality of some Colorado recently enacted statutes and their narrow unconstitutional application as well as Defendants' misplaced and plainly illegal  prosecutorial, intimidating and unconstitutional actions in numerous cases against Plaintiffs defending their US and Colorado constitutional rights when filing and recording their interests as prescribed by pre-existing Colorado common law and statutes.

### 5.0.0  FACTUAL ALLEGATIONS:
### 5.1.0 PREAMBLE: SETTING UP THE UNCONSTITUTIONAL CHANGES
### AND AN ILLEGAL DEVICE

**5.1.1**    Since 1989, Colorado homeowners had the right to challenge whether a foreclosing party was legally entitled to foreclose and take their home. *Goodwin v. District Court*, 779 P.2d 837 (Colo. 1989). Colorado Foreclosure Law was crystal clear and Constitutionally compliant; Foreclosing parties had to provide original documents in order to foreclose on an individual's home.  Notes, deeds of trust and any assignments as submitted by the foreclosing party had to be true, sufficient and valid.

**5.1.2**    Colorado Foreclosure process is unique in our Nation, only Colorado has a Public Trustee System. By statute, Colorado Public Trustees are supposed to be the neutral guardians of all the parties' rights. Colorado Public Trustees mission is: ***"..to perform public service duties as prescribed in Title 38 of the Colorado Revised Statutes and serves as the neutral, intermediate party between the lender and the borrower to assure that each party can exercise its legal rights and remedies."*** [1]

**5.1.3**    Yet, the Colorado Public Trustees and their Association (CPTA), as one party, and prominent foreclosing law firms[2] as another party, have fostered, entered into and protected, a close but illegal contractual relationship prohibited by C.R.S. 38-37-113(3) that reads in part; ...***"No contractual relationship shall be deemed to exist between a public trustee and a party entitled to receive moneys as described under subsection (2) of this section."***

**5.1.4**    Such contractual relationships imply that; ***".... Each party to a contractual relationship acquires rights and duties to the rights and duties of the other parties. Existence of contractual-relationship does not necessarily mean the***

---

[1] Source: Adams County Public Trustee home web site: http://co-adamscounty.civicplus.com/index.aspx?nid=672
[2] "Attorney's ties to county trustees in Colorado raise questions"  The Denver Post on 08/07/2011 By David Migoya

*contract is whether or not.......... in a written **form***"[3]. Also, US law, 18 U.S.C. § 201 prohibits such illegally influencing Contractual Relationship like this.

**5.1.5**    According to campaign records since 2006, individual Public Trustees (supposed to "*act as impartial Official Trustee on the foreclosure process of US insured properties* "[4]), and their association CPTA, have received thousands of dollars in unethical and Illegal campaign contributions (illegal bribery), donations and gifts from prominent and influential foreclosing Law Firms. This illegal **contractual relationship** has been profusely and publicly evidenced by a large number of documented gifts, donations, contributions, assistance, help, no bid contracts, special concessions, etc. [5]

**5.1.6**    Acting under their illegal contractual relationship, the powerful and influential foreclosing law firms, Colorado Public Trustees individually and the Colorado Public Trustee Association lobbied for and supported changes in the foreclosure law, including secretly introduced changes or paragraphs in the bills that ultimately would tip the balance in Lender' favor but against all Colorado homeowners. These deep, illegally collusive and controlling produced these unconstitutional changes:

## I.    RULE 120 UNCONSTITUTIONALLY NARROWED

**5.1.7**    Colorado Rules of Civil Procedure Rule 120, commonly known as Rule 120, was narrowed to two (2) main questions or affirmative defenses:

**A)** *That the homeowner proves beyond any doubt that the mortgage payments are current and there's no default or a violation of the covenants of the Mortgage or Note.*

**B)**    *That the homeowner is on active military duty, as described under the Service Member Civil Relief Act (SCRA), 50 U.S.C. § 520, as amended.*

---

[3] Source: http://www.businessdictionary.com/definition/contract.html#ixzz1u7ebaisv
[4] 18 U.S.C. § 201 : US Code - Section 201(a)(1): Bribery of public officials and witnesses
[5] "Attorney's ties to county trustees in Colorado raise questions" The Denver Post on 08/07/2011 By David Migoya

## II  UNCONSTITUTIONAL CONSEQUENCES OF CHANGES TO C.R.S. § 38-38-101

**5.1.8**   The secretly drafted, non debated, introduced and finally passed and enacted changes to Colorado Revised Statutes § 38-38-101(1)(b)(II) and (6)(b) produced the following changes with unconstitutional results and consequences:

" (6) **Indorsement or assignment.** (a) Proper indorsement or assignment of an evidence of debt shall include the original indorsement or assignment or a certified copy of an indorsement or assignment recorded in the county where the property being foreclosed is located.
(b) Notwithstanding the provisions of paragraph (a) of this subsection (6), the original evidence of debt or a copy thereof without proper indorsement or assignment shall be deemed to be properly indorsed or assigned if a qualified holder presents the original evidence of debt or a copy thereof to the officer together with a ***statement in the certification of the qualified holder or in the statement of the attorney for the qualified holder*** pursuant to subparagraph (II) of paragraph (b) of subsection (1) of this section ***that the party on whose behalf the foreclosure was commenced is the holder of the evidence of debt.***"[6]   Emphasis added in bold underlined italic text, official text of C.R.S.38-38-101 page 804 is attached.


**5.1.9**   Several news paper articles and testimonies of officials close to the source of the problem; undisclosed, unapproved non debated paragraphs **C.R.S. 38-38-101(6)(b) and 38-38-101(1)(b)(II)** showed their surprise and discontent after the unconstitutional effects and the truth came up. [7]


**5.1.10**   All this evidenced interexchange of illegal favors and bribes, secret drafts and finally, the approval and enactment of bills HB 06-1387 and HB 07-1157 into law, that contained the LEGAL DEVICE gave Lenders and their foreclosing attorneys an unchallengeable blank check, an unconstitutional shield, to foreclose without having to prove they have legal rights to do so, such DEVICE is also known as:
**STATEMENT BY ATTORNEY FOR QUALIFIED HOLDER PURSUANT 38-38-101, C.R.S.,   and/or CERTIFICATION BY QUALIFIED HOLDER PURSUANT TO 38-38-101, C.R.S.**


**5.1.11**   These aforementioned narrowing of the Rule 120 and changes to C.R.S. § 30-30-101 are in direct controversy with the following:

---

[6] Source: Bradford's C.R.S. on Real Property Law, Selected Statutes, Rules, and Forms annotated 2011 Page 804
[77] Source: News Article: "Attorney's ties to county trustees in Colorado raise questions" published The Denver Post on 08/07/2011 By David Migoya.

## 5.2.0  CONSTITUTIONAL CIVIL RIGHTS AND PRIVILEDGES TRUMPED BY THESE CHANGES RULE 120 AND C.R.S. 38-38-101

**5.2.1**  FIRST AMENDMENT OF THE US CONSTITUTION: Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

**5.2.2**  FIFTH AMENDMENT OF THE US CONSTITUTION: No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation

**5.2.3**  FOURTEENTH AMENDMENT OF THE US CONSTITUTION: *"Section 1. All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.* ***No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any Person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*** *"* [8]

**5.2.4**  The narrowing of the Rule 120 and the changes to C.R.S. 38-38-101 are fundamentally unconstitutional because chills the Colorado homeowner's civil rights and liberties under First, Fifth and Fourteenth amendment of; I. Freedom of speech, II. Bars the right to petition the Government for redress of grievances, III. Abridge the privileges or immunities of citizens of the United States and IV. The State of Colorado deprives its citizens of property by barring the right and privileges of due process of law under the Fourteenth amendment as follows:

I)   Colorado narrowing of the Rule 120 doesn't allow any other defense, even when properly and timely pleaded such other affirmative defenses are summarily

---

[8] From the Bill of Rights of the Constitution of the United States of America

dismissed carrying a chilling effect to the Colorado homeowner from expressing or asserting other affirmative defenses under The First Amendment **Freedom of Speech**. In many instances it has been proved that homeowner's default on their mortgage is direct result of Lender's lax, fraudulent or ineffective underwriting (Exhibit   ). In some other instances Fraud committed by the Lender, mortgage brokers or banks has forced homeowners into unavoidable defaults and negative equity "upside-down" in their mortgages enticing strategic defaults (Exhibit     ).

II) Both the Federal Government and Colorado government have filed suit against mayor Lenders/Banks for defective and fraudulent underwriting among many other deceitful practices that pushed thousands of Coloradoan into default and eventually lost or are losing their homes in unnecessary foreclosures. The chilling effect of the narrow 120 Rule effectively bars the homeowner to use these findings and the evidence of such Federal cases as well as their own to assert these and other affirmative defenses in violation of the right to **Petition the Government for a redress of grievances**, this rule, C.R.C.P. Rule 120 is unconstitutional on its face and effect as is in direct controversy of the **Freedom of Speech and right to Petition the Government for redress of grievances**.

III) The narrowing of Rule 120 and the changes to C.R.S. § 38-38-101 **Abridge the privileges or immunities of citizens of Colorado -and the United States-**, by not including within the same, equally or leveling countermeasures and equal opportunities, in fact such narrowing to Rule 120 and the changes to C.R.S. § 38-38-101 only provide partial constitutional rights and privileges to one of the parties in controversy but strips the rights and privileges of the **First and Fourteenth amendments** to other adverse party in the same controversy, therefore these narrowing of rule 120 and changes to C.R.S. § 38-38-101 are unfair and unconstitutional.

IV) By enforcing these enacted changes the State of Colorado and the named Defendants, **deprives its citizens** but –specially at double the rate, Hispanics and other minorities- **of their property** by barring them from the right and

privileges of due process of law under the Fourteenth amendment and chills the Colorado citizens –also US Citizens- from exercising their constitutionally guaranteed **freedom of speech**, in doing so Defendants are also violating federal law under 42 USC § 1982, and interfere with People's Property Rights.

## 5.3.0  NEGATIVE RESULT AND CONSEQUENCES OF THESE UNCONSTITUTIONAL NARROW RULE 120, CORRUPTION  AND CRS § 38-38-101

**5.3.1**   Despite many assertions and acknowledgment of the existing problems directly related to those unconstitutional changes Colorado has no pending bill or initiative to correct and reverse such changes. There has been a number of initiatives attempting to correct such problems but all of them have failed.

**5.3.2**  As direct and proximate result of these lopsided and unconstitutional changes to these Rule 120 and Statute 38-38-101, serious and devastating consequences have been affecting our Colorado, some of these consequences are:

A) Created a *failed* foreclosure state, thus allowing the use and abuse of questionable and plainly fraudulent documents -and sometimes- no legal documents at all to take people's homes while deprives homeowner's rights.

B) Fostered and encourages a rampant corrupt system that favors and rewards an 'unclean hands' way of doing "official" business, especially in corruption ridden Adams County and Grand County. A trickle up economy.

C) Promotes and entices Lenders and Banks to engorge themselves with illicit gains not from banking and lending, but from taking other people's property, suddenly Banks' main source of income is not longer lending money but rather taking wealth from citizens under the watch, protection and approval of the State of Colorado and its various law enforcement agents, a trickle up economy.

D) It facilitates for lenders and Banks to claim and grab TAX money coming from pushed to fail federally insured loans, this has created a False Claims machine out of the false foreclosure industry at a heavy cost to tax payers.

E) Rows and rows of blocks peppered with empty abandoned homes, depreciating the neighbors, creating an unsafe environment, affecting local economies and reducing property tax income for the local governments, a trickle up economy.

F) This corruption, and collusive togetherness produces false and voidable deeds after foreclosure, at least 75% of all fraudulent and collusively executed foreclosures renders a false, unsustainable confirmation Deed, a false Title.

## 5.4.0 EXISTING CONSTITUTIONAL FORECLOSURE DEFENSE AND FULLY LEGAL PROPERTY ACQUISITION STATUTES

**5.4.1**   On late July of 2012,  The US Department of Justice released the bulletin "Balancing the Scales Amid Foreclosure Crisis" that recognizes the unconstitutional unbalance of justice in foreclosures in our nation and reads in part: *"[W]e need to give people a fighting chance to save their homes from foreclosure. The best way we can help is by providing distressed borrowers with legal representation to ensure they have an advocate to fight for them in the courtroom and that they will be treated fairly in the process"*[9]

**5.4.2**   Fortunately, Colorado has had in place and full force precisely the kind of Constitutional Statutes and Rules to bring a balance in constitutional justice and restore threatened civil rights and liberties under the US Constitution. Because the current unbalanced and unconstitutional Rule 120 and CRS § 38-38-101 makes of every homeowner, tenant or occupant  a "potential virtual trespasser and de facto squatter" in their own homes, a counter measure defense is required, such defense is in the Law under existing Constitutional C.R.S. § 38-35-109(1), C.R.S. § 38-41-101(1), 38-41-103, 38-41-104, Adverse Possession and C.R.C.P. Rule 105 under Quiet Title Actions and;

---

[9] US Department of Justice blog http://blogs.justicegov/main/archives/2398

## PART I OF THE CONSTITUTIONAL FORECLOSURE DEFENSE:
## ADVERSE POSSESSION

**5.4.2** Existing Colorado Revised Statutes 38-41-101 thru 38-41-119 provides the first part of the solution against fraudulent collusive foreclosures, it is Adverse Possession. Although unpopular –among the 1%- **This section is constitutional.** Towner v. Schaffnit, 59 Colo. 242, 149 P. 625 (1915). **This section is intended as a protection** to a person holding in good faith under a mere colorable title, that is, under a title which is really no title. De Foresta v. Gast, 20 Colo. 307, 38 P. 244 (1894). This section is clearly designed to operate as a limitation upon actions involving conflicting titles to vacant and unoccupied lands. Morris v. St. Louis Nat'l Bank, 17 Colo. 231, 29 P. 802 (1892).

**5.4.3  Adverse possession deemed creature of statute.** The doctrine of adverse possession was not recognized by the common law, but is the creation of statute. Laughlin v. City of Denver, 24 Colo. 255, 50 P. 917 (1897). This **Section provides an affirmative defense** which defendants are *required to set up and establish* by means of the First Amendment rights and liberties: **Freedom of Speech and the right to petition the Government for redress of grievances**. Jewell v. Trilby Mines Co., 229 F. 98 (8th Cir. 1915).

**5.4.4**  Adverse Possession is the perfect legal and constitutional instrument to challenge a fraudulent or questionable deed that resulted from an equally fraudulent collusive foreclosure under "the power of sale" of the note being foreclosed upon. This is the constitutional remedy most feared by those using Robo-signed, false and forged papers to foreclose on unsuspecting homeowners; pursuant Colorado Statutes of Fraud C.R.S. § **38-10-101. Conveyances to defraud.** Every conveyance of any estate or interest in the lands, or the rents and profits of lands, and every charge upon lands, or upon the rents and profits thereof, made or created with the intent to defraud prior or subsequent purchasers for a valuable consideration of the same lands, rents, or profits, as against such purchasers, shall be void. Under current Colorado foreclosure statute

38-38-101 and Rule 120, **every** resulting Deed from **every** foreclosure is tainted and at best questionable, but if is one of the 75% fraudulent deeds then surely shall be void.

**5.4.5** Yet these statutes under Adverse Possession does not strip anyone's constitutional rights or liberties, it makes them stronger and cleans them! Every party in controversy has the same right and opportunity unlike Rule 120 or CRS 38-38-101. Therefore Adverse possession relies in the preservation and enforcement of the First, the Fifth and Fourteenth amendments specially the Freedom of Speech and Due process of law.

**5.4.6   Adverse Possession is not illegal,** actually is perfectly legal as direct result of its constitutionality, when unabridged and unrestricted by the State: **Color of title is mere pretense of title, but not a valid title;** it purports to be a good title, but is not so in fact. Jackson v. Larson, 24 Colo. App. 548, 136 P. 81 (1913). **Paper title must be shown.** Gibson v. Huff, 26 Colo. App. 144, 141 P. 510 (1914). The phrase, "color of title" refers to a paper writing purporting to convey title, or to some writing whereby title is sought to be acquired. Knight v. Lawrence, 19 Colo. 425, 36 P. 242 (1894). **Color of title created by conveyance in fee simple with a possibility of reverter.** Barnes v. Winford, 833 P.2d 756 (Colo. App. 1992). **Color of title can only arise out of conveyance purporting to convey title** to real estate. Omaha & Grant Smelting & Ref. Co. v. Tabor, 13 Colo. 41, 21 P. 925 (1889); Warren v. Adams, 19 Colo. 515, 36 P. 604 (1894); Minter v. King, 27 Colo. App. 233, 148 P. 275 (1915).

**5.4.7**   But in order to make it official and a Notice to the world as required. A conveyance must be first be recorded in the clerk's and recorder's office of the county where the property is located in full use of the rights and liberties of the First and Fourteenth amendments of the US Constitution; **38-30-120. Conveyance carries right of possession.** All conveyances of real estate and of any interest therein, duly executed and delivered, shall be held to carry with them the right to immediate possession of the premises or interest conveyed, unless a future day for the possession is therein specified. Therefore, the recording of any of such conveyances eliminates the

threat of trespassing as provide legal grounds for possession of the property adversely possessed. Deed or affidavit recorded equals to no trespassing charges.

**5.4.8**   "*C.R.S. § 38-36-149. Effect of recording instruments. Every conveyance, lien, attachment, order, decree, judgment of a court of record, or instrument or entry which would under existing law, if recorded, filed, or entered in the office of the county clerk and recorder of the county in which the real estate is situate, affect the said real estate to which it relates, if the title thereto were not registered, shall, if recorded, filed, or entered in the office of the registrar of titles in the county where the real estate to which such instrument relates is situate, affect in like manner the title thereto if registered, and shall be notice to all persons from the time of such recording, filing, or entering.*" "The requirement prevents surreptitious or secret possession and ensures that the record owner has notice of the adverse claim and, consequently, has an opportunity to protect his or her property rights, 4 HERBERT T. TIFFANY & BASIL JONES, TIFFANY REAL PROPERTY § 1140 (1975)."

**5.4.9**   Recorded unauthorized sale carries Color of Title: **Deed disclosing unauthorized sale gives color title.** A deed, notwithstanding the fact that it discloses a sale unauthorized by this section, gives color of title. Hoge v. Magnes, 85 F. 355 (8th Cir. 1898).

**5.4.10**   Plaintiffs had, want and will continue the good faith action to legal and constitutional property ownership via Adverse possession with Color of title, "this however must arise out of some conveyance purporting to vest in the grantee an interest in his own right adverse to the true owner, and not from one that constitutes him a trustee of the title for the use and benefit of such owner; and, furthermore, such claim or color of title must be made in good faith. Warren v. Adams, 19 Colo. 515, 36 P. 604 (1894); Silford v. Stratton, 54 Colo. 248, 130 P. 327 (1913)."[10]

---

[10] Source: Bradford's C.R.S. on Real Property Law, Selected Statutes, Rules, and Forms annotated

**5.4.11**   As only measure left for defense of their property and their rights are Federal Constitutional rights and liberties under Adverse Possession, Plaintiffs are filing their defenses, answers and re-asserting their claims to their property by filing their interest and defenses on their properties. Pursuant Colorado statutes and C.R.S. § 38-35-109(1), and others. Colorado is a first to file, race state, therefore respect and adherence to the civil rights and remedies of the Constitution is paramount to assert Plaintiff's rights on the property.

**5.4.12   Time to make and entry and adversely possess the property**: Pursuant C.R.S. 38-41-104, under current fraudulent foreclosure laws, the best time to make an entry is when the previous owner becomes disseised (no longer legally seized or in control), therefore after a collusive fraudulent foreclosure is executed the holder of the confirmation deed  very much so is not seized, it becomes disseised. A disseesed person may also be a deceased person or someone legally severed from any legal and physical right on the property as result of Foreclosure, Bankruptcy and voluntarily severance.

 **5.4.13**   Plaintiffs have consulted and are being informed of the requirements to prevail during ADVERSE POSSESSION and are bound to comply with them, namely:
A) Register or record a written instrument as required by law to assert the rights and responsibilities under "Color of Title".

B) Good Faith, every Plaintiff want to make whole and pay a reasonable price to the true and verified lien holder or holder of the verified evidence of debt.

C) Actual possession; of the property with the Aim to take care and improve upon such property, pay all bills, repairs, HOA fees and insure the property.

D) Pay all taxes due or become due and be a good neighbor.

E) Indemnify and obey any resulting final decree as ordered by a court of law.

## PART II OF THE CONSTITUTIONAL FORECLOSURE DEFENSE:
## QUIET TITLE

**5.5.14** Plaintiffs are aware that no instant title can be obtained without Due Process of Law. No instant Title is expected or sought in Adverse Possession, therefore if needed Plaintiffs are willing to respect everyone's rights and remedies under C.R.C.P Rule 105. "Actions under Rule 105 are meant to adjudicate the rights of all interested parties to a specific parcel of real estate. The idea is to avoid piecemeal litigation and bring all claims and all parties into one lawsuit. Indeed, subsection 105(a) is entitled "*Complete Adjudication of Rights.*""[11] Rule 105 awards damages if any, for withholding possession. Also rule 105 cannot *"abridge, enlarge, nor modify the substantive rights of any litigants"* as pursuant to C.R.S. § 13-2-108.  In opposition to unconstitutional Rule 120 and CRS § 38-38-101, Colorado C.R.C.P. 105 is constitutional as it grant equal rights to redress their grievances to all interested parties.

**5.4.15**  All Plaintiffs, intends to bring a vigorous and complete defense of each and every case including; requesting the courts for **SUBPOENA DUCES TECUM** and all documents, chain of title and chain of assignment on every case from foreclosing Lender/attorneys under FED and Rule 105 actions.

**5.4.16**  Yet, Defendants have done everything possible and continue doing it to avoid litigation in any court at any level as Plaintiff case(s) would expose the fraud, bribery, forgery and false statements used by their protected corrupting attorneys hidden behind;
**STATEMENT BY ATTORNEY FOR QUALIFIED HOLDER PURSUANT 38-38-101, C.R.S., and/or CERTIFICATION BY QUALIFIED HOLDER PURSUANT TO 38-38-101, C.R.S.**

**5.4.17**  In order to attain their unlawful gains and hide their illegal actions, Defendants by conspiracy, persuaded use law enforcement agents or actors (like corrupt Adams County Public Trustees Carol Snyder) to investigate, prosecute, file false charges, conduct illegal arrests and unjustly punish Plaintiff's for using these legal recourses for

---

[11] Colorado Quiet Title Actions by Geoffrey P. Anderson page 1 (Bradford Publishing 2008).

redress in violation of Plaintiff's rights under First, Fourth, Fifth, Sixth, Ninth and Fourteenth Amendments to the US Constitution.

**5.4.18**   Therefore, in order for Defendants to avoid such equal playing field litigation against their protected foreclosing attorneys, Public Trustees and banks, the named Defendants, actors and their clients have engaged in a series of illegal actions aimed to stop, prevent, limit, and unjustly block Plaintiff's from bringing their defenses in open court by orchestrating, conspiring and carrying out an oppressing SLANDER AND LIBEL campaign against Plaintiffs by conducting repressible acts as the following:

## 5.5.0  COLORADO STATE OVEREACHING AND OVERBREADTH PROSECUTION

**5.5.1**   Plaintiffs repeats, re-alleges and incorporates by reference the allegations and facts contained on previous civil actions under cases Nos. 12-CV-00003-WJM-MEH and 11-CV-02975-WJM-KLM its amendments, exhibits and fact to prove in part that overbreadth by Defendants exist. The overbreadth doctrine is to "strike a balance between competing social costs." U.S. v. Williams, 553 U.S. 285, 292. Specifically, the doctrine seeks to balance the "harmful effects" of "invalidating a law that in some of its applications is perfectly constitutional" as a possibility that "the threat of enforcement of an overbroad law deters people from engaging in constitutionally protected speech." Ibid

**5.5.2**   Plaintiffs are ready to prove by facts and law that Defendants' overbreadth is substantial, the court will find that  statutes 38-41-101 thru 38-41-119 have application to real-world conduct and are not fanciful hypotheticals.  Accordingly, the courts have repeatedly emphasized that an overbreadth claimant bears the burden of demonstrating, "from the text of [the law] and from actual fact" that substantial overbreadth exists. Virginia v. Hicks, 539 U.S. 113 (2003). Next are some samples of actual perpetrated acts committed by Defendants and still exist in a show  clear, present and imminent danger of injury:

**A)** On late August, 2011 in response to a false and lies ridden complaint by Defendant attorneys and the Colorado Real Estate Commission, Mr. Daniel Chun, directed by Phillip A. Geigle of the Office of the Denver DA executed an illegal and unconstitutional search and seizure warrant taking more than 16 boxes of files and documents. In such boxes were files of several attorneys protected under Attorney-Client privileges and other related documents, despite being informed of such violation, the Denver DA abusing their power has not returned such confidential and protected files .

**B)** On October 04th, 2011 Plaintiff Rudy Breda was charged with two bogus and baseless charges:

1   Count of Forgery, C.R.S. 18-5-102-(1)(d),

1   Counts of Offering a false instrument for recording in the first degree C.R.S 18-5-114(1), Mr. Breda surrendered himself to the authorities and spent 3 weeks in jail for false charges, this a text book case of wrongful imprisonment and civil rights violation.

**C)** On October 25t, 2011 The Office of the Denver DA filed eleven false and baseless charges against Plaintiff Carrillo under case **11CR04453** as follows:

3 Counts of Theft, C.R.S 18-4-401(1)(a)-(c),(2)(c)

4 Counts of Forgery, C.R.S. 18-5-102-(1)(d),

4 Counts of Offering a false instrument for recording in the first degree C.R.S 18-5-114(1), setting a bond for $10,000.00

**D)** On November 18th 2011, German Jasso was arrested at his home just few days after legally filing valid documents in the Grand County Clerk and Recording office affecting title of a property he is rightfully and legally claiming on a civil action and after filing for a Protection Order against the local Sheriff Department. The false charges levied against Mr. German Jasso are for allegedly trespassing and Offering a false instrument for recording and Theft were levied against him under case No. 11CR000113 with a Bond of 10,000.00

E) On November 21st, a series of TV News articles broadcasted mainly by **CBS 4 News** and **Univision** began airing claiming as true the false charges Plaintiff and Plaintiff's customers were accused of as follows:

*November 23rd , 2011 "Man Return from Hospital to find his house 'Stolen'"*

*December 5th, 2011 "2 Charges for Selling and Renting Homes they didn't Own"*

*December 19, 2011 "Illegal occupation of Homes A Continuing Problem"*

*December 21st 2011 " Victim of House Theft to Get His Home Back"*

*December 29, 2011 "More charges filed against Man Accused of Stealing...."*

*January 7th, 2012 "Man accused of Stealing Homes sent back to jail..."*

*February 7th, 2012 "Scheme to steal homes far reaching across Colorado....."*

*March 06th, 2012 "Arraignment Date set for man accused of stealing foreclosed."*

*May 18th, 2012 "Stolen Homes case heads to trial."* And more, on all these articles it's emphasized that the accused are guilty and in jail and never mention that the accused are innocent until proven guilty and that none of the accused are in jail guilty of such charges.

F) On December 2nd 2011Laura Gutierrez Vite was arrested at her house and also charged apparently with the same charges as German Jasso, although she has not being told or served with the charges her bond was set at $ 20,000.00 yet, she was released under personal recognizing bond.

G) As condition of her release, her husband was ordered to vacated the property she IS legally claiming under C.R.S. § 38-35-109(1), C.R.S. § 38-41-101(1), 38-41-103, 38-41-104, and for which a civil decision or judgment has not been issued. They were also threaten of removing from them their special needs 3 yr. old boy if did not comply with Sheriff's abusive and gun point orders. The wrongful eviction was forced on Sunday December 4th during a snow storm.

H) On December 15th, 2011 a damaging, slanderous and false article was published on Grand County news paper SKY-HI instigated among others by Defendant GARY GLENN and actors, white racist Akram A. Hanna, prejudiced, inept and unprofessional

investigator from Grand County Sheriff Department, Leo Plechocki and Fraser-Winter Park Police Chief Glen Trainor.

I) During the forced wrongful eviction, Ms. Laura's valuables, money and jewelry were stolen presumably by the same Police or Sheriff officers, they suspected of Officer Kyle Sandusky, later Mr. Sandusky was arrested and charged among other thing with Burglary but nothing has been returned to Ms. Laura.

J) Within days of the gun point eviction, Ms. Laura Gutierrez' minor son Carlos (14 yrs. Old) was pulled from class by Counselor Miss. Memelink of Middle Park High School and was subjected to an illegal interrogatory trying to implicate him by use of threats attempted to coerce young Carlos into accepting responsibility or knowledge of the false charges her mother was charged with.  German and Laura were fired from their jobs and faced immensely prosecution and shame, as result , fearing for their sons and threats by Police they abandoned their home of several years in Fraser Colorado.

K)  On December 16th, 2011 Plaintiff Carrillo was arrested again at his office located in Lakewood CO. and willfully and wantonly with bad faith was taken to Jefferson County Jail under four bogus and baseless charges of theft  C.R.S 18-4-401(1)(a)-(c),(2)(c), Bail was set excessively and unconstitutional high at $100,000.00 without any valid reason.

L) On December 05th, 2011 The office of Denver DA, release a prejudicial, unfair and illegal News release implying that Plaintiff Carrillo was found guilty of such bogus charges, the release titled "Consumer Fraud Alert" (in English) and "Alerta de Fraude al Consumidor" (In Spanish) does not comply with constitutional guidelines and mandate as fail to inform that the accused is NOT GUILTY until tried and proven guilty. A true damaging and prejudicial release that shows Denver DA willing and wantonly bad faith.

M) The Denver DA's Bad Faith and excessive malice was evidences again as on Monday December 19th, 2011 Plaintiff Carrillo had an scheduled hearing on civil case 2011CV7942 brought by the Real Estate Commission on Nov. 17th, 2011 the Denver DA malicious intent was to keep Plaintiff Carrillo incarcerated and away in Jefferson

County while the civil case in Denver took place. The decision out of such civil case was on Carrillo's favor as none of the charges were sufficiently proven.

**N)** Out to get Plaintiff Carrillo and per coercion and threats by Mr. Geigle, Abraham Melendez (Plaintiff Carrillo Bail Bonds man), without notice to Plaintiff Carrillo, revoked the Bail bond as instructed by Mr. Geigle. Plaintiff Carrillo was held and arrested at the scheduled Court date on January 6th, 2011. The Bail was increased from $10,00 to $20,000.00

**O)** On December of 2011, Plaintiff Sergio Hernandez was charged under Douglas County Case 11CR700 with four equally false and unproven charges:
COUNT 1: OFFERING A FALSE INSTRUMENT FOR RECORDING IN THE FIRST DEGREE, C.R.S. 18-5-114(1) (F5)(10121)
COUNT 2: OFFERING A FALSE INSTRUMENT FOR RECORDING IN THE FIRST DEGREE, C.R.S. 18-5-114(1) (F5)(10121)
COUNT3: FIRST DEGREE CRIMINAL TRESPASS C.R.S.18-4-502 (F5)
COUNT4: PERJURY IN THE SECOND DEGREE, C.R.S. 18-8-503 (M1)

**P)** Mr. Hernandez was charged a second time also in Douglas county for a different property under case12CR58 with four more bogus charges:
COUNT 1: CRIMINAL ATTEMPT TO COMMIT THEFT, C.R.S. 18-4-401(1),(2)(d);18-2-101 (F4)
COUNT 2: OFFERING A FALSE INSTRUMENT FOR RECORDING IN THE FIRST DEGREE, C.R.S. 18-5-114(1) (F5)(10121)
COUNT 3: FIRST DEGREE CRIMINAL TRESPASS, C.R.S. 18-4-502 (F5)
COUNT4: VOILATION OF BOND CONDITIONS, C.R.S. 18-8-212(1) (F6).

**Q)** Another Plaintiff, Mr. Gonzalo Perez was arrested while filing an answer on a FED action at Douglas County Clerk window, he was later charged with similar bogus baseless charges, all of the charges on Plaintiff and Plaintiff's customers arise because of following Colorado Law C.R.S. § 38-35-109(1), C.R.S. § 38-41-101(1),

38-41-103, 38-41-104 in order to present a sufficient defense and legally protect the property.

**R)** Defendant Gary Glen in conspiracy with actor Akram A. Hanna and several Police officers had launched and sustained a slanderous campaign against Plaintiff's customers in Grand County CO. causing that their utilities services be disconnected or denied specially by Mountain Parks Electric, Inc., without valid reason or a court order. A racially motivated discrimination per phone conversation and explanation by "Ms. Stacey" of Mountain Parks Electric, Inc.

**S)** In flagrant violation of Plaintiff Carrillo's fifth amendment rights against Double Jeopardy, the Denver DA has shown willingly and wantonly great Bad Faith and malice as has empanelled a statutory Grand Jury **(Exhibit No A33)** for the same civil cause already resolved and/or under active criminal prosecution for the same alleged crimes, such Fifth Amendment reads in part:

> *"...nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb.....".*

**T)** Additionally Plaintiff Carrillo has not been properly notified that is the target of such Grand Jury as required and in violation of the Sixth amendment of the US Constitution that reads in part:

> *"In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation....";*

**U)** On August 2, 2012 Plaintiffs Alfonso Carrillo, Rudy Breda, Jose Leyva and Veronica Fernandez Beleta were indicted by a Grand Jury under case No. 12CR10153 setting an unjust, unconstitutional bail in the amount of $750,000.00 for Plaintiff Carrillo.

## 5.5.0 VIOLATION OF CIVIL RIGHTS AND LIBERTIES UNDER THE FIRST AMENDMENT OF THE US CONSTITUTION

**42 USC § 1982 - PROPERTY RIGHTS OF CITIZENS**

All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property and entitles Plaintiffs to bring:

Title 42 › Chapter 21 › Subchapter I › § 1983
**42 USC § 1983 - CIVIL ACTION FOR DEPRIVATION OF RIGHTS**

"Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,..."

## 5.6.0 VIOLATION OF THE FOURTH AMENDMENT OF THE US CONSTITUTION

**5.6.1** Defendants by installing criminal charges, protecting the real fraudsters and ignoring its citizens rights are in fact violating the fourth amendment and:

Title 42 › Chapter 21 › Subchapter I › § 1985
**42 USC § 1985 - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS**

*(2) Obstructing justice; intimidating party, witness, or juror* *If two or more persons in any State or Territory conspire to deter, by force, intimidation, or threat, any party or witness in any court of the United States from attending such court, or from testifying to any matter pending therein, freely, fully, and truthfully, or to injure such party or witness in his person or property on account of his having so attended or testified, or to influence the verdict, presentment, or indictment of any grand or petit juror in any such court, or to injure such juror in his person or property on account of any verdict, presentment, or indictment lawfully assented to by him, or of his being or having been such juror; or if two or more persons conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws;*

*(3) Depriving persons of rights or privileges*
*If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or*

*indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.*

These Named Defendants are also in violation of:

Title 42 › Chapter 21 › Subchapter I › § 1986
## 42 USC § 1986 - ACTION FOR NEGLECT TO PREVENT

*Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.*

## 6.0.0  PRAYER AND CLAIMS FOR RELIEF

### 6.1.0   COUNT 1;  Violation of 18 USC § 201,  CORRUPT  PUBLIC OFFICIALS

**6.1.1**     Plaintiffs repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 with the same force and effect.

**6.1.2**     At all times relevant herein, the conduct of all Defendants were subject to 18 USC § 201 AND C.R.S. 38-37-113(3). Under the Color of Law.

**6.1.3**     Since early 2006 and as recently as March 13, 2012 Defendants had helped and protected the foreclosure law firms of Mr. Castle, The Law Firm, Mr Hopp the Hopp Law firm and by association, collaboration the rest of Defendants and actors had constantly and frequently bribed the Colorado Public Trustees (While Public Trustees were acting on behalf of the United States during foreclosing of US Insured properties), to illegally obtain political favors that allowed them to introduce changes to the Colorado Foreclosure Laws with unconstitutional side effects calculated for their own benefit and illicit personal enrichment causing tremendous harm to Plaintiff and customers.

**6.1.4**     As openly disclosed and published by several News articles by the Denver Post and Colorado Ethics Watch [12] Defendants ignored that these law firms directly and indirectly have paid thousands of dollars and provided illegal bribery gifts and donations to Public officials both elected and appointed to obtain their desired changes in the Colorado Foreclosure Law so they can defraud, discriminate and commit all kinds of violations against Plaintiffs.

**6.1.5**     As a proximate and direct result of the illegal bribery actions by allowed and protected by  Defendants the **PLAINTIFFS** have suffered consequential damages and will continue to suffer additional damages in an amount to be fully proved at the time of trial and if Plaintiff prevails is entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

---

[12] http://www.citizensforethics.org/co-legal/entry/ethics-watch-files-ethics-complaint-against-public-trustee-association-of-colorado

### 6.2.0  COUNT 2;  Violation to the First Amendment of the US Constitution

**6.2.1**    Plaintiffs repeats and re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 (Pages 9 through 28) and paragraphs 6.1.1 through 6.1.5 above with the same force and effect as if herein set forth.

**6.2.2**    Once the changes in Colorado foreclosure law with unconstitutional side effects were passed, enacted and put into practice in January 1st 2008, Defendants showed complete disregard for Plaintiff and homeowner's constitutional and civil rights and while having the option to do things the right way, the Defendants allowed to give the new DEVICE a wrong use, they continue allowing a wrong use of it until today.

**6.2.3**   Such devices, namely the Statement by Attorney or the Certification of Qualified Holder were used to hide the bank's massive fraudulent robo-signing scheme that produced thousands upon thousands of false loan documents as well as to hide the fact that many foreclosing entities did not have the right documents or the legal right to foreclose. Such actions invalidated the protected right to PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES within the First  Amendment of the US Constitution that guarantees the homeowner their right to defend their property under the due process of Law.

**6.2.4**    Additionally the amount of damages for LIBEL AND SLANDER violations committed by Defendants, is not less than 4 Million US Dollars. as Plaintiffs were damaged as direct cause of Defendant's tortuous, vicious and sordid abuse of Plaintiff's First Amendment rights under the Constitution of the United States of America.

**6.2.5**    As a proximate and direct result of the illegal violations of rights under the First Amendment by Defendants, the **PLAINTIFFS** have suffered consequential damages and will continue to suffer additional damages in an amount to be fully proved at the time of trial and if Plaintiff prevails is entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys services to be retained for this matter.

### 6.3.0   COUNT 3;  Violation to the Fourth Amendment of the US Constitution

**6.3.1**    Plaintiffs repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 and paragraphs 6.1.1 through 6.2.5 above with the same force and effect as if herein set forth.

**6.3.2**   As a proximate and direct result of the Fourth Amendment rights violations by Defendants, **PLAINTIFFS** have suffered consequential damages and will continue to suffer additional damages in an amount to be fully proved at the time of trial and if Plaintiff prevails is entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

**6.3.3**   Plaintiff demands judgment for the false arrest against all the Defendants jointly and severally, for actual, general, special, compensatory damages in the amount of $5,000,000.00 and further demands judgment against each of said Defendants, jointly and severally, for punitive damages in the amount of $100,000, plus the costs of this action, including attorney's fees as indicated above, and such other relief deemed to be just and equitable.

### 6.4.0   COUNT 4;  Violation to the Fifth Amendment of the US Constitution

**6.4.1**    Plaintiffs repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 and paragraphs 6.1.1 through 6.3.3 above with the same force and effect as if herein set forth.

**6.4.2**   As a proximate and direct result of the violations of the Fifth Amendment rights by Defendants, **PLAINTIFFS** have suffered consequential damages and will continue to suffer additional damages in an amount to be fully proved at the time of trial and if Plaintiff prevails is entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

**6.4.3**    Plaintiffs demands judgment for violating the Fifth Amendment of the US Constitution specially the right not to be subject for the same offense to be twice put in jeopardy and for denying, blocking and hindering the Due Process of Law against all the Defendants jointly and severally, for actual, general, special, compensatory damages in the amount of $10,000,000.00 and further demands, judgment against each of said Defendants, jointly and severally, for punitive damages in the amount of $100,000, plus the costs of this action, including attorney's fees as indicated above, and such other relief deemed to be just and equitable.

### 6.5.0   COUNT 5;  Violation to the Sixth Amendment of the US Constitution

**6.5.1**    Plaintiffs repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 and paragraphs 6.1.1 through 6.4.3 above with the same force and effect as if herein set forth.

**6.5.2**  As a proximate and direct result of the violations of the Sixth Amendment rights by Defendants, **PLAINTIFFS** have suffered consequential damages and will continue to suffer additional damages in an amount to be fully proved at the time of trial and if Plaintiff prevails is entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

**6.5.3**  Plaintiff demands judgment for holding of information purposely and prejudicially leaked to the Media that Plaintiff is the Target of a Grand Jury in violation of the Sixth Amendment of the US Constitution against all the Defendants jointly and severally, for actual, general, special, compensatory damages in the amount of $5,000,000.00 and further demands, judgment against each of said Defendants, jointly and severally, for punitive damages in the amount of $100,000, plus the costs of this action, including attorney's fees as indicated above, and such other relief deemed to be just and equitable.

### 6.6.0   COUNT 6;  Violation to the Ninth Amendment of the US Constitution

**6.6.1** Plaintiffs repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1.4 and paragraphs 6.1.1 through 6.5.3 above with the same force and effect as if herein set forth.

**6.6.2** As a proximate and direct result of the violations rights by Defendants, **PLAINTIFFS** assert that other not enumerated rights or remedies are not being excluded or denied and shall be retained by Plaintiff, furthermore if such or any non enumerated right or remedy is violated and Plaintiff have suffered consequential damages will seek proper compensation for such additional damages in an amount to be fully proved at the time of trial and if Plaintiff prevails is entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

**6.6.3** PLAINTIFFS reserves the right to enlarge, amend and enumerate additional rights and remedies including but not limited to 794 (Rehabilitation Act of 1973) § 504, Color of State Law violation 42 U.S.C. § 1983 and others per

**6.7.0  COUNT 7;  Violation to the Fourteenth Amendment of the US Constitution**

**6.7.1** PLAINTIFFS repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 and paragraphs 6.1.1 through 6.6.3 above with the same force and effect as if herein set forth.

**6.7.2** As a proximate and direct result of the violations of the Fourteenth Amendment rights by Defendants,  **PLAINTIFFS** have suffered consequential damages and will continue to suffer additional damages in an amount to be fully proved at the time of trial, if Plaintiff prevails shall be entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

**6.7.3** Plaintiffs demands judgment for damages incurred by the abridgement of rights, privileges and immunities committed in violation of the Fourteenth Amendment of the US Constitution against all the Defendants jointly and severally, for actual, general, special, compensatory damages for the violations as enumerated in sections 5.2.1 thru

5.3.4 of this action (Pages 10, 11 and 12), in the amount of $10,000,000.00 and further demands, judgment against each of said Defendants, jointly and severally, for punitive damages in the amount of $100,000, plus the costs of this action, including attorney's fees as indicated above, and such other relief deemed to be just and equitable.

### 6.86.0   COUNT 8;  Violation to the Ninth Amendment of the US Constitution

**6.8.1**    Plaintiffs repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 and paragraphs 6.1.1 through 6.7.3 above with the same force and effect as if herein set forth.

**6.8.2**    As a proximate and direct result of the violations rights by Defendants, **PLAINTIFFS** assert that other not enumerated rights or remedies are not being excluded or denied and shall be retained by Plaintiff, furthermore if such or any non enumerated right or remedy is violated and Plaintiff have suffered consequential damages will seek proper compensation for such additional damages in an amount to be fully proved at the time of trial and if Plaintiff prevails is entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

### 6.9.0   COUNT 9;  Violation to 42 U.S.C. § 3617

**6.9.1**    Plaintiffs repeats, re-alleges and incorporates by reference the allegations in paragraphs 5.0.0 through 5.6.1 (Pages 9 through 28) and paragraphs 6.1.1 through 6.8.2 above with the same force and effect as if herein set forth.

**6.9.2**    As a proximate and direct result of the violations of 42 U.S.C. § 3617 by Defendants, **PLAINTIFFS** have suffered consequential damages and will continue to suffer additional damages in an amount to be fully proved at the time of trial, if Plaintiff

prevails shall be entitled to reasonable attorneys fees pursuant to 29 USC 794(a)(b) for attorneys to be retained for this matter.

**6.9.3** Plaintiff demands judgment for damages incurred by committed illegal acts by Defendants: *"It shall be unlawful to coerce, intimidate, threaten, or interfere with any person in the exercise or enjoyment of, or on account of his having exercised or enjoyed, or on account of his having aided or encouraged any other person in the exercise or enjoyment of, any right...."* against all the Defendants jointly and severally, for actual, general, special, compensatory damages for the violations as enumerated in sections 5.2.1 thru 5.6.1 of this action in the amount of $5,000,000.00 and further demands, judgment against each of said Defendants, jointly and severally, for punitive damages in the amount of $100,000, plus the costs of this action, including attorney's fees as indicated above, and such other relief deemed to be just and equitable.

## 7.0.0 SPECIAL PRAYER FOR RELIEF

**WHEREFORE**, having set forth and asserted claims against Defendants, PLAINTIFFS pray for the following SPECIAL EXPEDITED relief:

A) That this Court grant immediate injunctive relief and enjoin the named Defendants from conducting foreclosure and eviction proceeding presently pending against the Plaintiff's property as such actions are being carried out in violation of Constitutional rights as enumerated above and,

B) Plaintiffs request for an injunction to stop and block all criminal prosecutions by Defendants and against Plaintiffs.

C) Plaintiffs request for a Summary or Declaratory Judgment that home acquisition and preservation thru ADVERSE POSSESSION AND QUIET TITLE is Constitutional and not illegal.

**D)** Plaintiffs pray for a Protective order against all local and State law enforcement entities against criminal prosecution when exercising their freedom of speech while filing their deed and other instruments in their local clerk and recorder's offices as required by law.

**E)** Plaintiffs request this H. Court for declaratory relief against all other adverse or criminal actions against Plaintiffs for exercising all civil rights, liberties and immunities under the US Constitution in defending and occupying their homes according to constitutional and state laws.

**8.0.0    PLAINTIFFS RESERVES THE RIGHT TO ASSERT ADDITIONAL AND AMENDED CLAIMS PURSUANT C.R.S. 13-40-113(2) AND RETAIN COUNSEL**

**9.0.0 PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

**10.0.0    PLAINTIFF REQUEST THAT THE COURT DIRECT THE UNITED STATES MARSHALS SERVICE TO SERVE PROCESS TO A PARTY IF NOT SERVED YET**

WHEREFORE, Plaintiffs respectfully request judgment in their favor against named DEFENDANTS for actual damages; for pre and post judgment interest; for treble damages; for a preliminary decree quieting title of the listed properties to Plaintiffs until a final decree is issued after due process of law proceeding, for a formal request for intervention of the US Department of Justice and review current Colorado Foreclosure law constitutionality.

SWORN ACKNOWLEDGMENTS AND SUBMISSIONS ATTACHED IN THE FOLLOWING PAGES

## CERTIFICATE OF MAILING

WE, the undersigned, PLAINTIFFS on this action, hereby certify that on this _____ day of _____, 2012, a true Notice and copy of the within complaint is to be electronically served and sent via email and US Mail to the following parties:

The Honorable Colorado Attorney General John W. Suthers with address at 1525 Sherman St. Denver, CO. 80203 ;

Ms. Elizabeth Oldham, 14th Judicial District
307 Moffat Ave. P.O. Box 168 . Hot Sulphur Springs, CO.80451 and,

Ms. Carol Chambers, 18th Judicial District Attorney
6450 S. Revere Parkway Suite 300, Centennial, CO. 80111 and,

Mr. Mitchell R. Morrissey
201 W. Colfax Ave. Denver, CO. 80202 and,

Don Quick 17th Judicial District Attorney
1000 Judicial Center Dr. Brighton, CO. 80601 and,

Sheriff Ted Mink
200 Jefferson County Parkway, Golden, CO. 80401 and,

Frank Thomas and the Denver Sheriff Department
201 W. Colfax Ave Denver, CO. 80202 and,

Rodney Johnson, Grand County Sheriff
670 Spring St. P.O. Box 48  Hot Sulphur Springs, CO. 80451 and,

Sheriff Douglas N. Darr
332 N. 19th. Ave. Brighton, CO. 80601and,

Winter Park – Fraser Chief of Police Glen P. Trainor

79050 Main Street, Winter Park, CO. 80482 and,


City and County of Broomfield Chief of Police Tom Deland
7 Descombes Drive, Broomfield, CO. 80020


Submitted this day_____of _____2012 by


_____

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31st of _July_ 2012 By;

STATE OF COLORADO
COUNTY OF _Jefferson_

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment  taken By

Notary Public
Name _Christina Santos_
My Commission  expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

Margarita Garcia
Margarita Garcia
8864 Bruce St
Thornton Co 80260

STATE OF COLORADO
COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012. In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment taken By

Notary Public
Name _Christina Santos_
My Commission expires: _10|10|2012_



My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _1st_ of _August_ 2012 By;

_Sergio Hernandez_
_1252 Bosewind Cir_
_Castle Rock CO 80104_

STATE OF COLORADO
COUNTY OF _Douglas_

Subscribed and sworn to before me this _1st_ day of _August_ 2012. In the County of _Douglas_ State of Colorado by _Sergio Hernandez_ .
Acknowledgment taken By

_____
Notary Public
Name _Irene Camacho_
My Commission expires: _04.26.2015_

NOTARY PUBLIC
seal
Irene Camacho
STATE OF COLORADO
MY COMMISSION EXPIRES 04/26/2015

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31 of July 2012 By;

*Gonzalo Perez*
*Gonzalo Perez*
*648 Independence Dr*
*Larkspur Co. 80118*

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this 31 day of July 2012. In the County of Arapahoe State of Colorado by Gonzalo Perez.

Acknowledgment taken By

*[signature]*

Notary Public

Name Christina Santos

My Commission expires: 10/10/2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this __31__ of __July__ 2012 By;

Laura P Gutierrez
148 Bridger Trace
Fraser Co 80442

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this __31__ day of __July__ 2012.  In the County of __Arapahoe__ State of Colorado by _____.

Acknowledgment  taken By

Notary Public

Name __Christina Santos__

My Commission  expires: __10/10/2012__

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

GERMAN JASSO
1675 Carr St. 220 N
Lakewood, CO. 80214

STATE OF COLORADO
COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment  taken By

Notary Public
Name _Christina Santos_
My Commission  expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this ___31___ of ___July___ 2012 By;

*Sergio Sarmiento*
Sergio Sarmiento
10193 Uravan Street,
Commerce City CO 80020

STATE OF COLORADO
COUNTY OF _____

Subscribed and sworn to before me this __31__ day of __July__ 2012.  In the County of __Arapahoe__ State of Colorado by _____.
Acknowledgment  taken By

*Christina Sant*

Notary Public
Name __Christina Santos__
My Commission expires: __10|10|2012__

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

*Maria Sarmiento*
Maria Sarmiento
10193 Uravan St
Commerce City CO 80022

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

*Christina Sot*

Notary Public

Name _Christina Santos_

My Commission expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

_Ana L Chavez_
Ana L chavez
1675 Carr St.
Lakewood, CO 80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment taken By

_Christina Santos_
Notary Public
Name _Christina Santos_
My Commission expires: _10|10|2012_

DANIEL ORTIZ

STATE OF COLORADO

COUNTY OF _Douglas_

Subscribed and sworn to before me this 1st day of August 2012. in the County of _Douglas_ State of Colorado by _PATRICIA P. GREGG_.

Acknowledgment taken By

Notary Public _Patricia P. Gregg_

Name _Patricia P Gregg_

My Commission expires: **My Commission Expires March 24, 2015**

PATRICIA P. GREGG
Notary Public
State of Colorado

## CERTIFICATE OF MAILING

I, the undersigned, PLAINTIFF on this action, hereby certify that on this 31st day of ___July___, 2012, a true Notice and copy of the within_____

_____.

is to be electronically served and sent via email and US Mail to the following parties:

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

Juan P Reyes
Juan P Reyes
1412 w nevada pl
Denver Co 80223

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012. In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment taken By

Notary Public

Name _Christina Santos_

My Commission expires: _10/10/2012_



My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ _____ 2012 By;

SERGIO IBARRA
20099 E 41st PL DENVER. CO 80249
(720)277-6989

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment taken By

Notary Public
Name _Christina Santos_
My Commission expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

Man _200 S. Newist Pl Denver CO 80242_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

Notary Public

Name _Christina Santos_

My Commission expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _1st_ of _Aug_ 2012 By;

_Elva T. monge_
_Elva T. monge_
_1415 W Dakota ave_
_Denver co 80223_

STATE OF COLORADO
COUNTY OF _Denver_

Subscribed and sworn to before me this _1st_ day of _Aug_ 2012.  In the County of _Denver_ State of Colorado by _Elva T. Monge_ .
Acknowledgment taken By

_Marcella Garcia_
Notary Public
Name _Marcella Garcia_
My Commission expires: _1-30-13_

seal

MARCELLA GARCIA
NOTARY
PUBLIC
STATE OF COLORADO
My Commission Expires _1-30-13_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this ___31___ of ___July___ 2012 By;

*Jorge Ramirez Hernandez*
*Jorge Ramirez Hdz*
*1415 W Dakota Ave*
*Denver Co 80223*

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this __31__ day of __July__ 2012.  In the County of __Arapahoe__ State of Colorado by _____.

Acknowledgment taken By

_____

Notary Public

Name __Christina Santos__

My Commission expires: __10/10/2012__

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _1 st_ of _Aug_ 2012 By;

x _Martha Esquivel_
_Martha Esquivel_
_1675 Carr St. No 220N_
_Lakewood, CO. 80214_

STATE OF COLORADO
COUNTY OF _Denver_

Subscribed and sworn to before me this _1 st_ day of _Aug_ 2012.  In the County of _Denver_ State of Colorado by _Martha Esquivel_ .
Acknowledgment  taken By

_Marcella Garcia_
Notary Public
Name _Marcella Garcia_
My Commission  expires: _1-30-13_

seal

MARCELLA GARCIA
NOTARY
PUBLIC
STATE OF COLORADO
My Commission Expires _1-30-13_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31ˢᵗ of July 2012 By;

Ruben Padilla
1675 Carr
Suite 220 N
Lakewood, co. 80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this 31 day of July 2012. In the County of Arapahoe State of Colorado by _____.

Acknowledgment taken By

Notary Public

Name Christina Santos

My Commission expires: 10/10/2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31 of July 2012 By;

Luis F. Figueroa
1675 Carr St. 220N
Lakewood, co. 80214

STATE OF COLORADO
COUNTY OF 1

Subscribed and sworn to before me this 31 day of July 2012.  In the County of Arapahoe State of Colorado by _____.
Acknowledgment  taken By

Notary Public
Name Christina Santos
My Commission  expires: 10|10|2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31ˢᵗ_ of _July_ 2012 By;

_Manuel Pacheco_

Manuel Pacheco

1675 Carr st

Suite 220 N Lakewood, Co

80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

_Christina Sat_

Notary Public

Name _Christina Santos_

My Commission  expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 21st of July 2012 By;

_Elena Mendoza_
Elva Mendoza
1675 Carr
Lakewood Co. 80214

STATE OF COLORADO
COUNTY OF Jefferson

Subscribed and sworn to before me this 31 day of July 2012. In the County of Arapahoe State of Colorado by _____.
Acknowledgment taken By

Notary Public
Name Christina Santos
My Commission expires: 10/10/2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

_Xavier N._
_Javier Mendoza_
_15714 Pensacola Dr_
_Denver Co. 80239_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012. In the County of_Arapahoe_ State of Colorado by _____.

Acknowledgment taken By

_Christina Sat_

Notary Public

Name _Christina Santos_

My Commission expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31st of July 2012 By;

JOSE A. URENA SANTOS *(signature)*
1675 Carr St Lakewood 80214
_____
_____

STATE OF COLORADO
COUNTY OF _____

Subscribed and sworn to before me this 31 day of July 2012.  In the County of Arapahoe State of Colorado by _____.
Acknowledgment  taken By

*(signature)*

Notary Public
Name Christina Santos
My Commission  expires: 10|10|2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _3)_ of _July_ 2012 By;

_Jesus Sandoval F._
_Jesus S._
_16.75 Carr St_
_Lakewood Co. 80214_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

_(signature)_

Notary Public

Name _Christina Santos_

My Commission  expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

Jessica Thurbe Jaime
20304 E 47 Pl
Denver Co. 80249

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

Notary Public

Name _Christina Santos_

My Commission  expires: _10/10/2012_

Case 1:12-cv-02034-RM-MEH   Document 1   Filed 08/03/12   USDC Colorado   Page 64 of 91

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31ˢᵗ of __July__ 2012 By;

Selvia Cardoza
1675 Carr
Lakewood CO 80214

STATE OF COLORADO
COUNTY OF _____

Subscribed and sworn to before me this 31 day of July 2012. In the County of Arapahoe State of Colorado by _____.
Acknowledgment taken By

Notary Public
Name Christina Santos
My Commission expires: 10/10/2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;


_William Cristo Santos._
_1675 Carr st._
_Lakewood  co  80214_

STATE OF COLORADO
COUNTY OF _____


Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment  taken By

_Christina Santos_
Notary Public
Name _____
My Commission  expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

_Janet Varela_
_Janet Varela_
_PO Box 1626_
_Fraser CO. 80442_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment  taken  By

Notary Public
Name _Christina Santos_
My Commission  expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

_Juan Vasquez_
_Juan Vasquez Esparza_
_2765 s. Irving St._
_Denver Co 80236_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012. In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment taken By

Notary Public

Name _Christina Santos_

My Commission expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

Marian JBarCaga
1670 Carr St.
Lakewood Co.
80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

Notary Public

Name_Christina Santos_

My Commission  expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of ___July___ 2012 By;

Maria de los Angeles Araiza
1045 Carr St
Suite 220 N
Lakewood · CO  80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of Arapahoe State of Colorado by _____.

Acknowledgment taken By

Notary Public

Name_Christina Santos_

My Commission expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _07_ of _31_ _____ 2012 By;

_Maria de Jesús Araiza_
Maria de Jesús Araiza
8400 S. Lowell Blvd 9-102
Denver Co. 80236

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment taken By

_Christina Santos_

Notary Public
Name _Christina Santos_
My Commission expires: _10|10|2012_

Christina Santos
Notary
Public
State of Colorado

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ _____ 2012 By;

_Ema Ortiz_
_Ema Ortiz_
_1675 Carr St. Suite 220N_
_Lakewood, CO  80214_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment  taken By

_[signature]_

Notary Public
Name _Christina Santos_
My Commission  expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _1st_ of _August_ 2012 By;

_1675 Carr St. 220 N._
_Lakewood, CO 80214_
_Luis Carlos Espinoza Lopez_

STATE OF COLORADO
COUNTY OF _Adams_

Subscribed and sworn to before me this _1st_ day of _August_ 2012. In the County of _ADAMS_ State of Colorado by _Luis Carlos Espinoza Lopez._
Acknowledgment taken By

Notary Public                                                    s e a l
Name _Dennis Lilholt_
My Commission expires: _April 5ᵗʰ, 2015_

DENNIS LILHOLT
Notary Public
State of Colorado

My Commission Expires
April 5, 2015

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

_Julen Noreguin_
_P.O Box 1826_
_Fraser C- 80442_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment taken By

Notary Public
Name _Christina Santos_
My Commission expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _O7_ of _31_ 2012 By;

Alejandro Arciza
1675 Carr St
Suite 220 N
Lakewood CO 80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment taken By

Notary Public
Name _Christina Santos_
My Commission expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 1ˢᵗ of August 2012 By;

Jose´ Castillo

8864 Bruce st

Thornton, Co 80260-4900

_____

STATE OF COLORADO

COUNTY OF Adams

Subscribed and sworn to before me this 1ˢᵗ day of August 2012. In the County of Adams State of Colorado by Jose G Castillo Gonzalez.

Acknowledgment taken By

Notary Public

Name Zeferino Sanchez

My Commission expires: 11/19/2014

seal



My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _____ 2012 By;

_Marha L. Solis_
_34 S. Utica St._
_Denver, Co. 80219_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012. In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment taken By

Notary Public

Name_Christina Santos_

My Commission expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31st of July 2012 By;

_Noelia Jimenez_

_1675 Carr St 220 N_

_Lakewood, CO. 80221_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this 31 day of July 2012. In the County of Arapahoe State of Colorado by _____.

Acknowledgment taken By

Notary Public

Name Christina Santos

My Commission expires: 10/10/2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31$^{st}$of _July_ 2012 By;

_Elizabeth Padilla_
_1675 Carr_
_Suite 220 N_
_Lakewood, Co 80214_

STATE OF COLORADO
COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012. In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment taken By

_____
Notary Public
Name _Christina Santos_
My Commission expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this ___31___ of ___July___ 2012 By;

Ma. del Rosario Urena
Ma del Rosario Urena
1675 Carr St
Lakewood Co 80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this __31__ day of __July__ 2012.  In the County of __Arapahoe__ State of Colorado by _____.

Acknowledgment  taken By

Notary Public

Name __Christina Santos__

My Commission  expires: __10|10|2012__

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31 of July 2012 By;

Nora G. Gonzalez
*Nora Gonzalez*
1675 Carr St.
Lakewood Co. 80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this 31 day of July 2012. In the County of Arapahoe State of Colorado by _____.

Acknowledgment taken By

Notary Public

Name Christina Santos

My Commission expires: 10/10/2012



My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this __31__ of __July__ 2012 By;

Hugo A. Pacheco Ortiz
1675 Carr St.
Suite 220 N Lakewood, CO 80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this __31__ day of __July__ 2012.  In the County of __Arapahoe__ State of Colorado by _____.

Acknowledgment  taken By

Notary Public

Name __Christina Santos__

My Commission expires: __10/10/2012__

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

Alvaro Nunez
2148 E 101 way
Thornton Col 80229

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment  taken By

Notary Public
Name _Christina Santos_
My Commission  expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 1st of August 2012 By;

9702 Ogden St.
Thornton, Co. 80229

STATE OF COLORADO
COUNTY OF ADAMS

Subscribed and sworn to before me this 1st day of August 2012.  In the County of ADAMS  State of Colorado by Sonia Lopez - Martinez.
Acknowledgment  taken By

Notary Public                                          s e a l
Name    Dennis Lilholt
My Commission  expires: April 5th, 2015

DENNIS LILHOLT
Notary Public
State of Colorado

My Commission Expires
April 5, 2015

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

_Adriana Padilla_
_1675 Carr_
_Suite 220 N_
_Lakewood, Co 80214_

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

Notary Public
Name _Christina Santos_
My Commission  expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

Nancy Ramirez
1675 Carr st swt 220
Lakewood colorado 80214

STATE OF COLORADO
COUNTY OF Jefferson

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.
Acknowledgment taken By

Notary Public
Name Christina Santos
My Commission expires: 10|10|2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31 of July 2012 By;

Osbaldo Velez
1675 Carr st
lakewood co 80214

STATE OF COLORADO
COUNTY OF Jefferson

Subscribed and sworn to before me this 31 day of July 2012.  In the County of Arapahoe State of Colorado by _____.
Acknowledgment  taken By

Notary Public
Name Christina Santos
My Commission  expires: 10/10/2012

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ 2012 By;

*Jorlie Galinto*
*Jorlie Rubalcava Galinto*
*1675 Carr St. #220N*
*Lakewood, CO. 80214*

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment taken By

_____

Notary Public

Name _Christina Santos_

My Commission expires: _10|10|2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31_ of _July_ _2012 By;

BEATRIZ MANRIQUEZ
1675 CARR, ST
SUITE 220N
LAKEWOOD, CO 80214

STATE OF COLORADO

COUNTY OF _____

Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _____.

Acknowledgment  taken By

Notary Public

Name _Christina Santos_

My Commission  expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this _31st_ of _July_ 2012 By;


_Alejandro Garcia_
_Alejandro Garcia_
_7800 Schumaker Road_
_Bennet, CO. 80102_

STATE OF COLORADO

COUNTY OF _____


Subscribed and sworn to before me this _31_ day of _July_ 2012.  In the County of _Arapahoe_ State of Colorado by _Christina Santos_                    .

Acknowledgment  taken By


Notary Public

Name _Christina Santos_

My Commission  expires: _10/10/2012_

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this *1st* of *August* 2012 By;

Claudia Orozco Molina
*Claudia Orozco M.*
1425 S. Ingalls St
LaKewood, CO. 80232

STATE OF COLORADO
COUNTY OF *Jefferson*

Subscribed and sworn to before me this *1st* day of *August* 2012.  In the County of *Jefferson* State of Colorado by _____.

Acknowledgment taken By

_____

Notary Public

Name *Carly Allen*

My Commission expires:_____

My Commission Expires
May 1, 2016

CARLY ALLEN
Notary Public
State of Colorado

seal

My signature below confirms my understanding, knowledge and agreement of our bases for our complaint and request for Declaratory Judgment and any and all other relief and does not waive any additional rights, remedies or relief nor requested at this time.

RESPECTFULLY sworn under oath and submitted this 31st of July 2012 By;

_Jose Manuel Velasquez_
Jose Manuel Velasquez
4382 Deephaven Court
Denver, CO. 80239

STATE OF COLORADO
COUNTY OF _____

Subscribed and sworn to before me this 31 day of July 2012.  In the County of Arapahoe State of Colorado by _____.
Acknowledgment  taken By

_____
Notary Public
Name Christina Santos
My Commission expires: 10/10/2012