IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02034-WJM-MEH

ALFONSO A. CARRILLO, et al.,

    Plaintiffs,

v.

THE HONORABLE COLORADO GOVERNOR
JOHN W. HICKENLOOPER, et al.,

    Defendants.

## MINUTE ORDER

    This matter is before the Court on the motion for temporary restraining order and preliminary injunction [Docket No. 8] filed on August 9, 2012.  This motion is identical to a motion [Docket No. 4] filed by plaintiffs on August 6, 2012, except that the present motion includes the signatures of additional plaintiffs.  *See* Docket No. 8 at 21-22.  Furthermore, the present motion is, with few exceptions, identical to a motion [Docket No. 3] filed by plaintiffs on August 3, 2012.  For the reasons stated in the Court's August 6, 2012 order denying in part and holding in abeyance in part those first two motions [Docket No. 5],[1] it is

    **ORDERED** that, to the extent plaintiffs' motion for temporary restraining order and preliminary injunction [Docket No. 8] seeks a temporary restraining order pursuant to Fed. R. Civ. P. 65(b), it is DENIED.  It is further

    **ORDERED** that, to the extent plaintiffs' motion for temporary restraining order and preliminary injunction [Docket No. 8] seeks a preliminary injunction pursuant to Fed. R. Civ. P. 65(a), it is held in abeyance until the motion has been fully briefed.

    DATED August 9, 2012.

---

[1]This case is assigned to United States District Judge William J. Martinez.  Based on Judge Martinez's unavailability and the nature of these motions, the motions were assigned to me via random draw.