**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-02034-WJM-MEH

ALFONSO A. CARRILLO,
AUGUSTIN TELLES,
RAYMUNDO CASTILLO,
MARGARITA GARCIA,
SERGIO HERNANDEZ,
GONZALO PEREZ,
GERMAN JASSO BRUNO,
LAURA PATRICIA GUTIERREZ-VITE,
JOSE OROZCO,
SERGIO SARMIENTO,
MARIA SARMIENTO,
VERONICA FERNANDEZ BELETA,
JOSE LEYVA CARAVEO,
MARIA ELENA CARRILLO,
ANA L. CHAVEZ,
DANIEL ORTIZ,
JOSE SARMIENTO,
JUAN PABLO REYES,
SERGIO IBARRA,
MARIA SUSANA IBARRA,
TERESA MONGE,
RUDY BREDA,
JORGE RAMIREZ,
MARTHA ESQUIVEL,
LUIS FIGUEROA,
MANUEL PACHECO,
ELVA MENDOZA,
JAVIER MENDOZA,
JOSE A. URENA-SANTOS,
JESUS SANDOVAL,
MARIAM BURCIAGA,
WILLIAM CRISTO SANTOS,
JUAN VASQUEZ,
SELVIN CARDOZA,
JESSICA ITURBE JAIME,
MARIA DE LOS ANGELES ARAIZA,
MARIA DE JESUS ARAIZA,
EMA ORTIZ,
LUIS CARLOS ESPINOZA-LOPEZ,
JULIO ARREGUIN,
AVARO NUNEZ,

ALEJANDRO ARAIZA,
JOSE CASTILLO,
MARIA L. SOLIS,
NOHELIA JIMENEZ,
ELIZABETH PADILLA,
MA. DEL ROSARIO URENA,
NORA, G. GONZALEZ,
HUGO A PACHECO,
SONIA LOPEZ,
RUBEN PADILLA,
ADRIANA PADILLA,
JANET VALERA,
NANCY RAMIREZ,
OSBALDO VELEZ,
JORGE RUBALCAVA GALINDO,
BEATRIZ MANRIQUEZ,
ALEJANDRO GARCIA,
CLAUDIA OROZCO MOLINA,
JOSE M. VELASQUEZ, and
JUAN DE DIOS MUNOZ GONZALEZ,

    Plaintiffs,
v.

JOHN W. HICKENLOOPER, the Honorable Governor in his official capacity as Colorado Governor,
JOHN W. SUTTERS (sic), Colorado Attorney General, in his official capacity as elected Colorado Attorney General,
ELIZABETH OLDHAM, in her official capacity as 14th Judicial District Attorney,
MITCHELL MORRISSEY, in his official capacity as Second Judicial District Attorney,
DON QUICK, in his official capacity as 17th Judicial District Attorney,
CAROL CHAMBERS, in her official capacity as 18th Judicial District Attorney,
RODNEY JOHNSON, in his official capacity as elected Grand County Sheriff,
TED MINK, in his official capacity as elected Jefferson County Sheriff,
FRANK THOMAS, in his official capacity as Sheriff,
SHERIFF DEPARTMENT, in its official capacity,
DOUGLAS N. DARR, in his official capacity as elected Adams County Sheriff,
TOM DELAND, in his official capacity as Broomfield Chief of Police,

    Defendants.

**ORDER ADOPTING NOVEMBER 20, 2012 AMENDED RECOMMENDATION OF MAGISTRATE JUDGE and DISMISSING ABSENT PLAINTIFFS' CLAIMS WITHOUT PREJUDICE**

This matter is before the Court on the November 20, 2012 Amended Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") (ECF No. 72) that the Plaintiffs who failed to appear at the October 17, 2012 Status Conference, and further failed to respond to the October 18, 2012 Order to Show Cause, be dismissed without prejudice. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 72, at 4 n. 2.) Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by either party.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Amended Recommendation (ECF No. 72) is ADOPTED in its entirety;

(2) The following Plaintiffs are DISMISSED WITHOUT PREJUDICE for failure to appear at the October 17, 2012 Status Conference, and for failure to respond to the Order to Show Cause dated October 18, 2012:

Agustin Telles
Sergio Sarmiento
Maria Sarmiento
Veronica Fernandez Beleta,
Jose Leyva Caraveo,
Jose Sarmiento,
Sergio Ibarra
Maria Susana Ibarra,
Rudy Breda,
Elva Mendoza,
Javier Mendoza,
Jesus Sandoval,
Mariam Burciaga,
Juan Vasquez,
Maria De Los Angeles Araiza,
Maria De Jesus Araiza,
Ema Ortiz,
Luis Carlos Espinoza-Lopez,
Alejandro Araiza,
Jose Castillo,
Juan De Dios Munoz Gonzalez,
Maria Solis,
Nancy Ramirez,
Osbaldo Velez,
Jorge Rubalcava Galindo,
Beatriz Manriquez,
Alejandro Garcia

Dated this 2nd day of January, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge