IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02034-WJM-MEH

ALFONSO A. CARRILLO,
RAYMUNDO CASTILLO,
MARGARITA GARCIA,
SERGIO HERNANDEZ,
GONZALO PEREZ,
GERMAN JASSO BRUNO,
LAURA PATRICIA GUTIERREZ-VITE,
JOSE OROZCO,
MARIA ELENA CARRILLO,
ANA L. CHAVEZ,
DANIEL ORTIZ,
JUAN PABLO REYES,
TERESA MONGE,
JORGE RAMIREZ,
MARTHA ESQUIVEL,
LUIS FIGUEROA,
MANUEL PACHECO,
JOSE A. URENA-SANTOS,
WILLIAM CRISTO SANTOS,
SELVIN CARDOZA,
JESSICA ITURBE JAIME,
JULIO ARREGUIN,
AVARO NUNEZ,
NOHELIA JIMENEZ,
ELIZABETH PADILLA,
MA. DEL ROSARIO URENA,
NORA G. GONZALEZ,
HUGO A PACHECO,
SONIA LOPEZ,
RUBEN PADILLA,
ADRIANA PADILLA,
JANET VALERA,
CLAUDIA OROZCO MOLINA, and
JOSE M. VELASQUEZ,

    Plaintiffs,

v.

JOHN W. HICKENLOOPER, the Honorable Governor in his official capacity as Colorado Governor,
JOHN W. SUTTERS (sic), Colorado Attorney General, in his official capacity as elected Colorado Attorney General,

ELIZABETH OLDHAM, in her official capacity as 14th Judicial District Attorney,
MITCHELL MORRISSEY, in his official capacity as Second Judicial District Attorney,
DON QUICK, in his official capacity as 17th Judicial District Attorney,
GEORGE H. BRAUCHLER, in his official capacity as 18th Judicial District Attorney,
RODNEY JOHNSON, in his official capacity as elected Grand County Sheriff,
TED MINK, in his official capacity as elected Jefferson County Sheriff,
FRANK THOMAS, in his official capacity as Sheriff,
SHERIFF DEPARTMENT, in its official capacity,
DOUGLAS N. DARR, in his official capacity as elected Adams County Sheriff,
TOM DELAND, in his official capacity as Broomfield Chief of Police,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2013.**

    Plaintiff's Combined Motion, Affidavits for Leave to Proceed Pursuant to 28 U.S.C. § 1915, for Approval of Electronic Filing via USDC Colorado ECF System [filed April 12, 2013; docket #234] is **denied without prejudice**. Thirty-three of thirty-four Plaintiffs have signed the motion and twenty-nine of thirty-four Plaintiffs submit affidavits in support of their request to proceed in this matter *in forma pauperis*. Typically, Plaintiffs file such motions at the inception of a case, seeking to avoid pre-payment of filing fees and fees associated with service of process. While the record in this case appears to indicate that the Plaintiffs have not paid any filing fee, they have effected service of process upon all named Defendants. Nevertheless, the Court finds that judicial efficiency and management of the docket will not be served by considering whether some, but not all, of the Plaintiffs in this case should be permitted to proceed *in forma pauperis*. Further, the Plaintiffs have been warned previously that the Court will not consider motions that are not signed by all Plaintiffs.[1] Therefore, the Court will allow the Plaintiffs to re-file the motion signed by all Plaintiffs and containing affidavits from all Plaintiffs[2] on or before April 30, 2013. If the Plaintiffs fail to re-file the motion, they will be ordered to pay the filing fee in this case or provide evidence that they have already done so.

---

[1] Here, Plaintiff Daniel Ortiz failed to sign the motion in contravention of Fed. R. Civ. P. 11.

[2] Plaintiffs Daniel Ortiz, William Cristo Santos, Jessica Iturbe Jaime, Avarao Nunez and Nora Gonzalez failed to submit affidavits with the motion.