IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02034-WJM-MEH

ALFONSO A. CARRILLO,
RAYMUNDO CASTILLO,
MARGARITA GARCIA,
SERGIO HERNANDEZ,
GONZALO PEREZ,
GERMAN JASSO BRUNO,
LAURA PATRICIA GUTIERREZ-VITE,
JOSE OROZCO,
MARIA ELENA CARRILLO,
ANA L. CHAVEZ,
DANIEL ORTIZ,
JUAN PABLO REYES,
TERESA MONGE,
JORGE RAMIREZ,
MARTHA ESQUIVEL,
LUIS FIGUEROA,
MANUEL PACHECO,
JOSE A. URENA-SANTOS,
WILLIAM CRISTO SANTOS,
SELVIN CARDOZA,
JESSICA ITURBE JAIME,
JULIO ARREGUIN,
AVARO NUNEZ,
NOHELIA JIMENEZ,
ELIZABETH PADILLA,
MA. DEL ROSARIO URENA,
NORA G. GONZALEZ,
HUGO A PACHECO,
SONIA LOPEZ,
RUBEN PADILLA,
ADRIANA PADILLA,
JANET VALERA,
CLAUDIA OROZCO MOLINA, and
JOSE M. VELASQUEZ,

      Plaintiffs,

v.

JOHN W. HICKENLOOPER, the Honorable Governor in his official capacity as Colorado Governor,
JOHN W. SUTTERS (sic), Colorado Attorney General, in his official capacity as elected Colorado Attorney General,

ELIZABETH OLDHAM, in her official capacity as 14th Judicial District Attorney,
DON QUICK, in his official capacity as 17th Judicial District Attorney,
RODNEY JOHNSON, in his official capacity as elected Grand County Sheriff,
TED MINK, in his official capacity as elected Jefferson County Sheriff,
FRANK THOMAS, in his official capacity as Sheriff,
SHERIFF DEPARTMENT, in its official capacity,
DOUGLAS N. DARR, in his official capacity as elected Adams County Sheriff,
TOM DELAND, in his official capacity as Broomfield Chief of Police,
GLEN TRAINOR, and
GEORGE BRAUCHLER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2013.**

    Plaintiffs' Emergency Opposed Motion for Reconsideration of Plaintiffs' Request for Ex Parte Interim, TRO/Preliminary Injunctive [sic], for a Three Judge Court Pursuant [to] 28 U.S.C. § 2284 [filed August 29, 2013; docket #271] and Plaintiffs' Brief and Legal Grounds in Support of Request for Emergency Opposed Motion for Relief Requested [filed September 3, 2013; docket #273] are **denied without prejudice** for failure to comply with Fed. R. Civ. P. 11, this Court's January 3, 2013 order and all previous related orders.

    The Plaintiffs have been repeatedly informed that motions filed in this case must be signed by all named Plaintiffs pursuant to Fed. R. Civ. P. 11. Here, the present motions are signed by 30 of the 34 Plaintiffs, and omit signatures by Jessica Iturbe Jaime, Julio Arreguin, Avaro Nunez and Janet Valera. In addition, the motions are signed by the following persons who improperly "noticed" or "moved" to be added as Plaintiffs to this case, but were denied without prejudice for failure to comply with Fed. R. Civ. P. 15 [dockets #50, #56, #57, #58]: Candelario Mascorro, Martha Velia De Mascorro, Luis Gutierrez, Consuelo Simental, Hector Pina, Janett Pina, Silvia Dorado, Ramon Chavez, Maria Pastrana, and Jaime Rodriguez.[1] Further, the motions are signed by the following persons who have been dismissed from this action for failure to prosecute [docket #160]: Mariam Burciaga and Rudy Breda. Finally, the motions are signed by the following persons who are neither named as Plaintiffs in this action nor have attempted to be added to the action: Miguel Cisneros, Selena Robles, Jesus Gabriel Alcantar, Eliseo Adame Manzanares, Guadalupe Velasquez, Francisco Santos, Miguel Campos, Miriam Pacheco, Araceli Vega, Guadalupe Espinoza and Jose Rios-Lepe.

    The Court has warned Plaintiffs in this case that filings containing unauthorized or missing

---

[1] The Court has repeatedly informed the Plaintiffs that to add parties, they must comply with Fed. R. Civ. P. 15(a) by filing an Amended Complaint, which includes all interested persons as Plaintiffs and is signed by all Plaintiffs.

signatures is improper. It is incumbent upon the Plaintiffs to ensure that all filings are properly signed by all current Plaintiffs in accordance with Fed. R. Civ. P. 11.  It is not the duty of the Court to comb through each filing to determine whether the filing is properly signed and executed by named parties.  Therefore, any future filings that fail to comply with this order or the federal or local rules will be stricken.