IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02034-RM-MEH

ALFONSO A. CARRILLO,

    Plaintiff,

v.

JOHN W. SUTHERS, Colorado Attorney General, in his individual and official capacities,
RICK RAEMISCH, in his individual and official capacities,
BOBBY BONNER, in his individual and official capacities,
MITCHELL MORRISSEY, in his individual and official capacity as Second Judicial District Attorney,
MORRIS B. HOFFMAN, Judge, in his official and representative capacities,
PHIL GEIGLE, in his individual and representative capacities,
DARRYL SHOCKLEY, in his individual and representative capacities,
DANIEL CHUN, in his individual and representative capacity as Denver D.A. detective,
BRAD UYAMURA, in his individual and representative capacity as Denver D.A. detective,
FRANK THOMAS, Sheriff, in his individual and official capacities,
GARY WILSON, in his individual and official capacities,
ELIAS DIGGINS, in his individual and official capacities,
DENVER SHERIFF DEPARTMENT, in its official capacity,
DOUGLAS K. WILSON, in his individual and official capacities,
ELIZABETH PORTER-MERRILL, in her individual and official capacities,
NICHOLAS SARWAK, in his individual and official capacities,
DOUGLAS N. DARR, in his individual and official capacities,
CAROL CHAMBERS, in her individual and official capacities as 18th Judicial District Attorney,
GEORGE H. BRAUCHLER, in his individual and official capacities as 18th Judicial District Attorney, and
JEFF SHRADER, in his individual and official capacities as elected Jefferson County Sheriff,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 16, 2015.**

    Before the Court is a Letter from the Plaintiff construed by the Court as Plaintiff's Motion for Copies of Orders Originating from the Court in September, October, and November 2015 [filed November 13, 2015; docket #441]. The motion is **granted** as follows. A review of the docket reveals that Judge Moore issued an order on October 6, 2015 (docket #438); the Clerk of the Court is directed to send a copy of this order to the Plaintiff at the address listed in the letter.